**Order entered March 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01520-CV

**DALLAS CENTRAL APPRAISAL DISTRICT AND
DALLAS COUNTY APPRAISAL REVIEW BOARD, Appellants**

**V.**

**NATIONAL CARRIERS, INC. AND NCI LEASING, INC., Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-04548**

## ORDER

Before the Court is appellants' March 22, 2019 unopposed second motion for extension

of time to file their brief. We **GRANT** the motion and extend the time to **April 9, 2019**.

/s/      KEN MOLBERG
JUSTICE